Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Emily Tablit

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| EMILY TABLIT,<br><br>    Plaintiff,<br><br>  vs.<br><br>CAPITAL ONE BANK (USA), N.A.<br>       Defendant. | Case No.: 2:20-cv-01293-MCE-AC<br><br>**ORDER** |

Pursuant to the stipulation of the Parties and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that Capital One Bank (USA), N.A., is DISMISSED with prejudice.  Each party shall bear its own attorneys' fees and costs, and the Clerk of the Court is directed to close the case.

    IT IS SO ORDERED.

Dated:  September 22, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE